■ FRANCISCO CHAVEZ et al., Appellants, v COUNTY OF NASSAU et al., Respondents. [782 NYS2d 376]—In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Nassau County (Parga, J.), dated July 7, 2003, which granted the motion of the defendant Janet Holmes for summary judgment dismissing the complaint as against her and additionally dismissed the complaint against the defendant County of Nassau on the ground that the plaintiff Francisco Chavez did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is reversed, on the law, with one bill of costs, the motion is denied, and the complaint is reinstated.

The record indicates that there are triable issues of fact as to whether the plaintiff Francisco Chavez sustained a serious injury. Ritter, J.P., H. Miller, Schmidt, Crane and Skelos, JJ., concur.

■ SHAQUEENA COOK et al., Respondents, v CITY OF NEW YORK et al., Appellants, et al., Defendant. [782 NYS2d 375]—In an action to recover damages for personal injuries, etc., the defendants City of New York, Administration for Children's Services, and Little Flower Children's Services appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Schulman, J.), dated September 11, 2003, as granted that branch of the plaintiffs' motion which was to vacate a 90-day notice to resume prosecution of the action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in granting that branch of the plaintiffs' motion which was to vacate the 90-day notice to resume prosecution of the action (*see* CPLR 3216; *Conway v Brooklyn Union Gas Co.,* 212 AD2d 497 [1995]; *Markarian v Hundert,* 180 AD2d 780, 781 [1992]; *Carte v Segall,* 134 AD2d 397, 398 [1987]; Weinstein-Korn-Miller, NY Civ Prac ¶ 2004.03 [good cause under CPLR 2004 requires showing need for extension of time *or* good excuse for past delay in prosecuting]; *cf. Florestal v Little Flower Children Servs. of N.Y.,* 9 AD3d 348 [2004]; *Dhaliwal v Long Boat Taxi,* 305 AD2d 449 [2003]). Ritter, J.P., H. Miller, Schmidt and Crane, JJ., concur.